**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Feb 22, 2021

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH MIDDLETON                                                                                       PLAINTIFF

v.                                      CASE NO. 2:20-CV-2101

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.18) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this February 22, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE